No. 425. FRANKLIN D'OLIER, BURTON ETHERINGTON, JAMES D'OLIER, ET AL., ETC. v. UNITED STATES. October 11, 1926. Petition for writ of certiorari to the Court of Claims denied. *Messrs. J. Marvin Haynes, Thomas G. Haight,* and *Robert H. Montgomery* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Galloway, Messrs. Fred K. Dyar,* and *John R. Wheeler* for the United States.

No. 426. EUGENE BERGRON, MYER BYNE, ET AL. v. ERNEST G. HELLSTEN, AS BAILEE OF THE OWNER, PERE MARQUETTE LINES STEAMER, CLAIMANT, OF THE AMERICAN VESSEL NEVADA, ETC. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. H. W. Hutton* for petitioners. *Messrs. Ambrose Gherini, Irving H. Frank,* and *Nathan H. Frank* for respondent.

No. 427. JULIUS KESSLER AND COMPANY, INC. v. UNITED STATES. October 11, 1926. Petition for writ of certiorari to the Court of Claims denied. *Messrs. William C. Breed* and *Edward A. Craighill, Jr.,* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.

No. 428. JAMES-DICKINSON FARM MORTGAGE COMPANY AND A. D. DICKINSON v. CORA SEIMER. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George F. Rearick* for petitioners. No appearance for respondent.

No. 430. CARL B. ANDERSON v. UNITED STATES. October 11, 1926. Petition for writ of certiorari to the Circuit